UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 21-cv-20049-BB

WINDY LUCIUS,

    Plaintiff,

v.

SUPER LIQUORS HOLDING, LLC d/b/a
MEGA WINE & SPIRITS,

    Defendant.

_____/

## JOINT STIPULATOIN OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff WINDY LUCIUS and Defendant SUPER LIQUORS HOLDING, LLC d/b/a MEGA WINE & SPIRITS hereby stipulate to the dismissal with prejudice of this civil action. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: March 9, 2021

Respectfully submitted,

| | |
|---|---|
| */s/ J. Courtney Cunningham* | */s/ Rene Gonzalez-Llorens* |
| J. Courtney Cunningham, Esq. | Rene Gonzalez-Llorens, Esq. |
| J. COURTNEY CUNNINGHAM, PLLC | SHUTTS & BOWEN LLP |
| FBN: 628166 | FBN: 53790 |
| 8950 SW 74th Court | 200 S. Biscayne Blvd. |
| Suite 2201 | Suite 4100 |
| Miami, FL 33156 | Miami, FL 33131 |
| T:  305-351-2014 | T:  305-347-7337 |
| cc@cunninghampllc.com | rllorens@shutts.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

2

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on March 9, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

                        */s/ J. Courtney Cunningham*
                        J. Courtney Cunningham, Esq.